# United States Bankruptcy Court
# Central District of California

In re:
Bettina Mary Bakrana
aka Mary Bettina Cameron, aka Mary Bettina Bakrana

CHAPTER NO.: 7

CASE NO.: 8:22−bk−11762−SC

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☑ Summary(Form 106Sum or 206Sum)
- ☑ Schd A/B(Form106A/B or 206A/B)
- ☑ Schedule C (Form 106C)
- ☑ Schedule D (Form 106D or 206D)
- ☑ Schd E/F(Form106E/F or 206E/F)
- ☑ Schedule G (Form 106G or 206G)
- ☑ Schedule H (Form 106H or 206H)
- ☑ Schedule I (Form 106I)
- ☑ Schedule J (Form 106J)
- ☑ Decl Re Sched (Form 106Dec)
- ☐ Decl for Non−Indiv (Form 202)
- ☑ StmtFinAffairs(Form107 or 207)
- ☑ Statement (Form 122A−1)
- ☑ Means Exempt.(Form 122A−1Supp)
- ☑ Means Calculation(Form 122A−2)
- ☑ Other *(Specify):*

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: October 17, 2022

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mdeforco − Rev 04/2019)

**6 − 1 / VN**