Party Name, Address, Telephone & FAX Nos. & Email Address:

Bahman M. Beltran
718 Vista Del Mar
CD 92614
949-XXX-XXXX

**FILED**
NOV 15 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Bahman M. Beltran
                    Debtor(s),

Case No.: 8:22-bk-11762-SC
Chapter: 7
Title: EMERGENCY REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION

☐ No hearing
☒ Hearing
DATE: GOOD CAUSE
TIME: ATTACHED
COURTROOM:
PLACE: 411 W Fourth St
       Santa Ana, CA 92701

EMERGENCY REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION DUE TO EXIGENT CIRCUMSTANCES

I declare under penalty of perjury of the laws of the United States of America the following is true and correct.

1. of Nov 15th 2022

I am hereby submitting my completed schedules

I did not have any opportunity to file opposition because I believed based on misrepresentation by by prior attorney Greg Diamond that this hearing would not go forward.

On Friday, Nov 11th 2022 I finally TERMINATED Atty Gregory A Diamond and

hired new counsel for my UD case. I did not believe this hearing would go forward. Greg Olsdand explained to me there was no need as we had a competing motion in state court. I have a section 8 voucher, but Irvine Company has refused to accept payment. They are falsely stating that I didn't pay. Their own papers

state it is based on a ALLEGED LEASE violation, but they are still demanding monetary damages!

They also moved for judgment in State Superior Court in VIOLATION of THE AUTOMATIC STAY

Now they are requesting an ANNULMENT and retroactively say the case never existed!

They are even asking this this Court to WAIVE the 14 day buffer period / waiting period.

This will prejudice me HORRIBLY. I have a Section 8 Voucher.

They already obtained a judgement ILLEGALLY ON OCT 18th, 2022 24 hours after I filed Chapter 7!

I am being stalked + am in fear for my safety due to an (UNRELATED) matter. My personal information has been illegally disseminated online + I receive threats every day b/c I am a witness to a Hate Crime still under investigation.

- 6 - of 10

Greg made a mess of my UD case AND Now I have a new attorney in State Court

Lenore Albert Esq.

She subbed in on yesterday

~~[scribble]~~

I will lose my Section 8 Housing Voucher if the In Lo motion is granted!

Iru to perpertrated a FRAUD upon this Hon Court by ~~correcting~~ denying

that they moved for judgment on Oct 18 despite the bankruptcy Oct 17th 2022 at 2pm. If this Court grants their motion I will lose my housing voucher

8 of 10

It is in the interests of justice to allow one to file an opposition.

The Chapter 7 was filed in good faith and Greg Diamond WAS involved in it. He spends all his time in policitical activism and messed up my UD case

9 of 10

Footer

I ~~hereby~~ HUMBLY beg the this Court to Allow me to File an Opposition based on Greg Dkranch's misrepresentations + telling me it wasn't needed as it was a "DUPLICATIVE" of what he did in State Court. That's why I fired him on Nov 14th 2022.

I declare under penalty of perjury under US federal law

10 of 10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): _EMERGENCY REQUEST FOR EXT OF TIME TO FILE OPPOSITION_ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _Nov 15_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

_Nov 16, 2022_
_I shall hand deliver_

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Nov 15th 2022_          _Bethan Bh_          _[signature]_
Date                     Printed Name                      Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                  F 9013-3.1.PROOF.SERVICE