Bethri Meg B[...]
718 [illegible]
Irvine CA 92614

Party Name, Address, Telephone & FAX Nos. & Email Address:

[illegible email line]

**FILED**
**NOV 22 2022**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

8:22-bk-11762-SC

In re

Bethri Meg
B[...]
       Debtor(s),

Case No.:
Chapter: Chapter 7
Title: DEBTOR'S TIMELY OBJECTION TO ENTRY OF PROPOSED ORDER

☐ No hearing
☐ Hearing

DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
Santa Ana, CA 92701

DEBTOR'S TIMELY FILED OBJECTION TO GRANTING PROPOSED ORDER

Respectfully Submitted this 22nd day of Nov, 2022

[signature]

*DEBTOR'S TIMELY FILED OBJECTION TO ENTRY OF PROPOSED ORDER*

## DEBTOR's OBJECTION TO PROPOSED ORDER

**I, the Undersigned am the Debtor in Propia Persona.**

**I respectfully object to the Entry of an Order granting Annulment based on the following:**

**The Annulment should < not > be granted because i was not found to be in Bad Faith, and even Creditors moving for Relief have never alleged Bad Faith on my part**

**The Sum Total of my debts far exceed my Assets and Income**

**\*\*\*\* I am on SSI it is my only Source of Income i have no other \*\*\*\***

**I am the beneficiary of a Sec 8 Housing Choice Voucher as I am Disabled**

**Further Affiant Sayeth Naught**

**Sworn to this 22nd day of November, 2022 in Irvine, CA**

*[signature]*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): _DEBTOR'S TIMELY_
_FILED OBJECTION TO ENTRY OF_
_PROPOSED ORDER_

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

_I will furnish [illegible] Carsell for_
_Irvine to w/c true copy by the_
_end of business day_

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Nov 22nd_ | _[signature]_ | _[signature]_
Date | Printed Name | Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012

PROOF OF SERVICE

A proof of Service was not prepared as this is an *emergency filing*.

I declare under penalty of Perjury of the laws of the United States that I shall furnish the counsell for Trustee to w/ true copy by the close of business day today

[signature]

Nov 22nd, 2022