# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Bettina Mary Bakrana
aka Mary Bettina Cameron, aka Mary Bettina Bakrana

**BANKRUPTCY NO.**  8:22-bk-11762-SC

**CHAPTER**  7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):**  xxx-xx-7872
**Employer Tax-Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 1/4/23

**Address:**
718 Veneto Dr
Irvine, CA 92614

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is hereby vacated in its entirety.

3) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: January 4, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form van23a-odmwab Rev. 06/2017

**28 / HC**